UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANDRE YOUNGBLOOD,

                            Plaintiff,

      -v-                                         9:10-CV-1255

JEFF MCKOY and NURSE REED,

                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                          OF COUNSEL:

ANDRE YOUNGBLOOD, 03-A-1665
Plaintiff pro se
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13021

HON. ERIC T. SCHNEIDERMAN            ADRIENNE J. KERWIN, ESQ.
Attorney General for the State of New York    Ass't Attorney General
Attorney for Defendant
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

        Plaintiff brought this civil rights action pursuant to 42 U.S.C. § 1983.  On February

6, 2012, the Honorable George H. Lowe, United States Magistrate Judge, advised, by

Report-Recommendation, that defendants' motion for summary judgment be granted.

Plaintiff timely filed objections to the Report-Recommendation.

Based upon a de novo review, the Report-Recommendation is accepted in whole.

<u>See</u> 28 U.S.C. 636(b)(1).

Therefore it is

ORDERED that

Defendants' motion for summary judgment, Dkt. No. 25, is GRANTED; and

The Clerk is directed to file a judgment dismissing the complaint and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   March 14, 2012
         Utica, New York.